# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| United States of America, | ) | |
| --- | --- | --- |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| | ) | Case No. 1:16-cr-025 |
| Terry Lavern Klein, Jr., | ) | |
| Defendant. | ) | |

The defendant, Terry Lavern Klein, Jr. ("Klein"), is charged in an Information with the offense of injury and depredation to property of the United States in violation o f 18 U.S.C. § 1361. On February 4, 2019, the Government filed a Motion to Dismiss the Information against Klein in the interest of justice and judicial economy.

The court **GRANTS** the Government's motion (Doc. No. 80) and **DISMISSES** the Information as to Klein.

**IT IS SO ORDERED.**

Dated this 5th day of February, 2019.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr., Magistrate Judge
United States District Courtt